IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMR MOHSEN, | ) | |
| Plaintiff(s), | ) | No. C 09-1427 CRB (PR) |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| ———————————— | ) | |

Plaintiff, a federal prisoner incarcerated at the Federal Correctional Institution in Safford, Arizona, has filed a pro se complaint for damages under the Federal Torts Claim Act, 28 U.S.C. §§ 1346(b), 2671-2680 ("FTCA"), alleging various wrongdoing on the part of several federal employees involved in his arrest and prosecution on federal criminal charges. Plaintiff has not administratively exhausted his claims with the pertinent federal agencies, however.

Plaintiff's action must be dismissed without prejudice because it is well-established that a plaintiff must administratively exhaust his claims before filing suit under the FTCA. See Alvarado v. Table Mt. Rancheria, 509 F.3d 1008,

1018-19 (9th Cir. 2007); <u>Jerves v. United States</u>, 966 F.2d 517, 518 (9th Cir. 1992).

  The clerk shall enter judgment in accordance with this order and close the file.

SO ORDERED.

DATED:   <u>Dec. 2, 2009</u>   _____

CHARLES R BREYER
United States District Judge

G:\PRO-SE\CRB\CR.09\Mohsen, A2.dismissal.wpd

2